PER CURIAM.
Affirmed. Michigan v. Long, 463 U.S. 1032, 103 S.Ct. 3469, 77 L.Ed.2d 1201 (1983); New York v. Belton, 453 U.S. 454, 460, 101 S.Ct. 2860, 2864, 69 L.Ed.2d 768 (1981); Pennsylvania v. Mimms, 434 U.S. 106, 110, 98 S.Ct. 330, 333, 54 L.Ed.2d 331 (1977); State v. Dilyerd, 467 So.2d 301 (Fla.1985); Harvey v. State, 502 So.2d 1305 (Fla. 1st DCA 1987); State v. Sears, 493 So.2d 99 (Fla. 4th DCA 1986); State v. Lamb, 484 So.2d 1368 (Fla. 2d DCA 1986).